**Robert STEWART, Appellant,**

v.

**Nora RAGON, Place of Work Mission Distribution; Patricia Sue Hartwell, Employment and Train Coordinator Experience Work, Inc.; Richard Freeman, Supervisor Experience Works Inc.; Does, 1 through 3, Place of Work Mission Distribution; Mission Distribution; Experience Work Inc., Appellees.**

No. 11–3093.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 1, 2012.

Filed: Feb. 6, 2012.

Robert Stewart, Lincoln, NE, pro se.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Robert Stewart appeals from the district court's [1] pre-service 28 U.S.C. § 1915(e)(2) dismissal, with prejudice, of his pro se action alleging employment discrimination. Upon careful de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review), this court concludes that the dismissal of Stewart's case was proper for the reasons stated by the district court.

This court affirms. *See* 8th Cir. R. 47B.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.